

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-61,445-02

**EX PARTE IRVING ALVIN DAVIS, Applicant**

**ORDER PURSUANT TO TEXAS RULES OF APPELLATE PROCEDURE RULE 9.10**

*Per curiam.*

### ORDER

This cause is before this Court on application for writ of habeas corpus from trial court case number 20010D06419-384-2 in the 384th District Court of El Paso County.

The Clerk of this Court has discovered sensitive data in the record, namely: personal identification information (juror questionaire). TEX. R. APP. P. Rule 9.10(a). Pursuant to Texas Rule of Appellate Procedure 9.10, the Clerk sought a ruling from the Court and thereafter notified the parties. The Court now orders the Clerk of this Court to redact or seal the discovered sensitive data from the records identified and listed below. The Court further orders the trial court clerk, the clerk of the court of appeals, or any entity or individual possessing the following documents to redact or seal the documents

pursuant to this order:

1.      Clerk record "Volume I" pages 405 and 407, received in this Court October 14, 2013.

Delivered:    October 28, 2014

Do not publish